IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

> The Court acknowledges the Notice of Voluntary Dismissal, dkt. 13. JPH, 6/29/2023 Distribution via ECF.

AUDRA WILSON,

        **Plaintiff,**

-v-

AMERICAN EXPRESS

        **Defendants.**

Civil Case Number: 1:23-cv-00043-JPH-MG

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff hereby dismisses all claims against remaining Defendant, **AMERICAN EXPRESS** in the above-captioned matter, with prejudice. All parties shall bear their own attorneys' fees and costs incurred in this action.

Dated:    June 27, 2023

/s/ Yitzchak Zelman
Yitzchak Zelman, Esq.
MARCUS & ZELMAN, LLC
701 Cookman Avenue, Suite 300
Asbury Park, NJ 07712
Tel: (732) 695-3282
Email: yzelman@marcuszelman.com
*Attorneys for Plaintiff*